**No. 11-5049. Dana Lydell Smith, Petitioner v. Veterans Administration, et al.**

565 U.S. 934, 132 S. Ct. 381, 181 L. Ed. 2d 241, 2011 U.S. LEXIS 6409.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 636 F.3d 1306.

---

**No. 11-5056. Dana Lydell Smith, Petitioner v. Idaho, et al.**

565 U.S. 934, 132 S. Ct. 382, 181 L. Ed. 2d 241, 2011 U.S. LEXIS 6458.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 364 Fed. Appx. 444.

---

**No. 11-5087. Jerry Adams, Petitioner v. Michael Corcoran, Superintendent, Woodbourne Correctional Facility.**

565 U.S. 934, 132 S. Ct. 382, 181 L. Ed. 2d 241, 2011 U.S. LEXIS 6450.

October 3, 2011. Petition for writ of certiorari to the United States Court of

Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 416 Fed. Appx. 84.

---

**No. 11-5099. Tommy Walker, Petitioner v. United States.**

565 U.S. 934, 132 S. Ct. 382, 181 L. Ed. 2d 241, 2011 U.S. LEXIS 6506.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.